United States District Court
Western District of North Carolina
Statesville Division

| | | |
|---|---|---|
| OWEN D. LEAVITT, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | CASE NO. 5:15CV38 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARLTON B. JOYNER, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2015, Order.

Signed: November 20, 2015

Frank G. Johns, Clerk
United States District Court